United States District Court
Southern District of Texas
**ENTERED**
January 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK J. COLLINS, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3113 |
| | § | |
| FEDERAL HOUSING FINANCE | § | |
| AGENCY, *et al.*, | § | |
|     Defendants. | § | |

## ORDER

It is hereby **ORDERED** that Defendants' "Unopposed Motion for Extension of Submission Date" [Doc. # 30] is **GRANTED**. The deadline for Plaintiffs' response is extended to **February 9, 2017**, and the deadline for Defendants to reply is extended to **February 27, 2017**.

SIGNED at Houston, Texas, this 24th day of **January, 2017.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE