United States District Court
Southern District of Texas
**ENTERED**
May 22, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK J. COLLINS, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3113 |
| | § | |
| FEDERAL HOUSING FINANCE | § | |
| AGENCY, *et al.*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that the Motion to Dismiss [Doc. # 23] filed by Defendants Federal Housing Finance Agency ("FHFA") and Melvin L. Watt is **GRANTED**; the Motion to Dismiss [Doc. # 25] filed by the United States Department of Treasury and Steven Mnuchin is **GRANTED**; Plaintiffs' Motion for Summary Judgment on Constitutional Claim [Doc. # 33] is **DENIED**; and the Cross-Motion for Summary Judgment on Constitutional Claim [Doc. # 35] filed by Defendants FHFA and Watt is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with taxable costs assessed against Plaintiffs.

This is a final, appealable order.

SIGNED at Houston, Texas, this 22nd day of **May, 2017.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

SIGNED at Houston, Texas, this 22nd day of **May, 2017.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE