UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **PATRICK J COLLINS**, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-03113 |
| § | |
| **JACOB J. LEW**, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Shareholders of the Federal National Mortgage Association and the Federal Home Loan Mortgage Association brought this case against the U.S. Department of the Treasury and the Federal Housing Finance Agency. Defendants filed Motions to Dismiss Plaintiff's Amended Complaint. The Court granted these motions and dismissed Plaintiff's claims with prejudice. (Doc. 96.)

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED**.

Signed at Houston, Texas on December 12, 2022.

_____
Keith P. Ellison
United States District Judge